

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 3 2010

Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § CRIMINAL NO. |
| | § **H-10-** |
| JEREMY RAYE LINCOLN, | § **50** |
| CHRISTOPHER DEMON BROWN, | § |
| JOHN CRAVEN III, and | § |
| KENDRICK ANDREW GREEN | § |
| | § |
| Defendants. | § |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Aggravated Bank Robbery)

On or about July 10, 2009, in the Southern District of Texas,

**JEREMY RAYE LINCOLN,**

**CHRISTOPHER DEMON BROWN,**

**JOHN CRAVEN III, and**

**KENDRICK ANDREW GREEN**

defendants herein, did aid and abet each other and did by force, violence, and intimidation, take from

the person and presence of another, money belonging to and in the care, custody, control, management,

and possession of Wachovia Bank of 10310 State Highway 6, Missouri City, the deposits of which were

then insured by the Federal Deposit Insurance Corporation, and in the process of so doing put in jeopardy

the life of persons by the use of a dangerous weapon.

In violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

1

## COUNT TWO
### (Brandish of a Firearm During a Crime of Violence)

On or about July 10, 2009, in the Southern District of Texas,

## JOHN CRAVEN III

defendant herein, did knowingly use and carry a firearm, that is, a Winchester M-1300 .12 gauge shotgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: robbery of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a), and in committing the violation, the defendant did brandish said firearm.

In violation of Title 18, United States Code, section 924(c)(1)(A)(ii).


## COUNT THREE
### (Brandish of a Firearm During a Crime of Violence)

On or about July 10, 2009, in the Southern District of Texas,

## KENDRICK ANDREW GREEN

defendant herein, did knowingly use and carry a firearm, that is, a Hi-Point Model JCP .40 caliber pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: robbery of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a), and in committing the violation, the defendant did brandish said firearm.

In violation of Title 18, United States Code, section 924(c)(1)(A)(ii).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice to Defendants John Craven III and Kendrick Andrew Green that upon conviction of Possession of a Firearm During a Crime of Violence, as charged in Counts Two and Three, all firearms and ammunition involved in or used in a violation of Possession of a Firearm During a Crime of Violence  Title 18, United States Code, Section 924(c)(1)(A)(ii) are subject to forfeiture, including, but not limited to:

| Count | Firearm | Defendant |
|-------|---------|-----------|
| Two | Winchester M-1300 .12 gauge shotgun | JOHN CRAVEN III |
| Three | Hi-Point Model JCP .40 caliber pistol | KENDRICK ANDREW GREEN |

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

TIM JOHNSON
Acting United States Attorney

By: _____
DAVID C. SEARLE
Assistant United States Attorney

3